1106

No. 98–827.   In re Aldrich, District Judge; and

No. 98–6890.   Smith v. Wilkinson et al.   C. A. 6th Cir. Certiorari denied.   Reported below: 137 F. 3d 911.

No. 98–828.   Home Boy 2000 v. Gucci America, Inc., et al. C. A. 2d Cir.   Certiorari denied.

No. 98–833.   Samuel Madden Homes Tenant Council v. Alexandria Resident Council, Inc.   C. A. 4th Cir.   Certiorari denied.

No. 98–850.   Rockwell International Corp. v. Celeritas Technologies, Ltd.   C. A. Fed. Cir.   Certiorari denied.

No. 98–868.   PMC Trust et al. v. Foothills Townhome Assn.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 98–877.   Myers v. Third Judicial District Court of Salt Lake County et al.   C. A. 10th Cir.   Certiorari denied.

No. 98–879.   Mahurkar v. C. R. Bard, Inc.   C. A. Fed. Cir. Certiorari denied.

No. 98–884.   Lake James Community Volunteer Fire Department, Inc. v. Burke County.   C. A. 4th Cir.   Certiorari denied.

No. 98–903.   Minns, Individually and as Parent and Guardian of Minns (Infant), et al. v. United States.   C. A. 4th Cir.   Certiorari denied.

No. 98–910.   Young v. Daley, Secretary of Commerce. C. A. D. C. Cir.   Certiorari denied.

No. 98–914.   Wright v. United States.   C. A. 4th Cir.   Certiorari denied.

No. 98–922.   Barnett v. Department of Veterans Affairs.   C. A. 6th Cir.   Certiorari denied.

No. 98–937.   Harris et al. v. United States et al.   C. A. 9th Cir.   Certiorari denied.